# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| HENRY OSOWIECKI,<br>Plaintiff,<br>v.<br>THE CBE GROUP, INC.,<br>Defendant. | Case No. 1:-17-cv-02017<br>Hon. George L. Russell, III |

## PARTIES' RULE 41(A)(1)(A)(II) STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

The parties, through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to dismiss this case with prejudice, with no damages, fees, costs or sanctions to be awarded to any party.


| */s/ Rex C. Anderson* | */s/ Matthew B. Johnson* |
|---|---|
| Rex C. Anderson (P47068) | Matthew B. Johnson |
| REX ANDERSON, P.C. | Attorney at Law |
| Attorney for Plaintiff | Consumer Financial Services Litigation Group |
| 9549 Lapeer Rd., Suite 101 | 300 Cadman Plaza West |
| Davison, MI 48423 | One Pierrepont Plaza, 12th Floor |
| (810) 653-3300 | Brooklyn, NY 11201-3226 |
| rexcanderson@icloud.com | Ph: 646.710.3912 |
| | Matt.Johnson@brockandscott.com |

Dated: May 22, 2018