UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| HENRY OSOWIECKI,<br>Plaintiff,<br>v.<br>THE CBE GROUP, INC.,<br>Defendant. | Case No. 1:-17-cv-02017<br>Hon. George L. Russell, III |

### RULE 41(A)(1)(A)(II) ORDER TO DISMISS WITH PREJUDICE

This cause coming to be heard on the parties' stipulation,

IT IS HEREBY ORDERED:

The within cause of action is hereby dismissed with prejudice, with no damages, fees or costs to be awarded to any party.

5/23/18

Enter: *[signature]*
Honorable George L. Russell, III

2